IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                           No. 4:12-cr-70-DPM-4

JAMAR ARNELL WILLIAMS                                                 DEFENDANT

ORDER

Unopposed motion, № 214, granted. The Court will hold Williams's petition in abeyance until the United States Court of Appeals for the Eighth Circuit decides *Leon Robinson v. United States*, No. 16-4038. Williams must file a notice when the mandate issues in that case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 November 2016